IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


VEL TYLER,

    Petitioner,

v.                                             CASE NO. 1:05-cv-00038-MP-MD

JAMES V CROSBY,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 16, Report and Recommendations of the Magistrate Judge, recommending that Petitioner's petition be dismissed with prejudice. The petitioner filed objections, doc. 17. The Court agrees with the Magistrate Judge that the instant petition for writ of habeas corpus is untimely. Petitioner has alleged no facts to suggest that he ever attempted to file his federal habeas corpus petition, or any state application for relief, within one year of his conviction becoming final, much less that he diligently pursued relief. See Coleman v. Johnson, 184 f.3d 398, 401 (5th Cir. 1999) (explaining that for equitable tolling to apply, the petitioner must diligently pursue relief). Furthermore, the reasons petitioner proffers for his delay do not constitute "extraordinary circumstances." Thus, the record does not support

Page 2 of 2

application of the equitable tolling doctrine or any other exception to the limitations period.

Accordingly, it is hereby

>    **ORDERED AND ADJUDGED:**
>
> 1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.
>
> 2.    This action is dismissed with prejudice, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *17th*  day of April, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

Case No: 1:05-cv-00038-MP-MD